# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr69-MHT |
| | ) | (WO) |
| VERONICA DENISE DALE | ) | |

## ORDER

It is ORDERED that defendant Veronica Denise Dale's motion to run her prison terms concurrently (doc. no. 229) is denied. While the court commends the defendant on her apparently substantial efforts to rehabilitate herself, the court lacks the authority to change the defendant's sentence.

DONE, this the 21st day of March, 2019.

                                                        /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE