IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DISTRICT

Veronica Dale
   Petitioner,

Criminal No: 2:10-cr-242-MHT
2:11-cr-00069-MEF

United States of America
   Respondent,

**MOTION FOR LEAVE TO SUPPLEMENT ADDENDUM MOTION TO AMEND COMPASSIONATE RELEASE PURSUANT TO 3582 (c)(1)(A)(i), (c)(2), AND U.S.S.G 1B1.10**

    Comes now, Veronica Dale, pro se (Petitioner), respectfully moves this Honorable Court to accept EXHIBIT: 1. Ms. Dale received additional documentation regarding her Release Plan after she filed her Addendum Motion to Amend her Compassionate Release, which was received by this Honorable Court on December 5, 2023. EXHIBIT: 1, is an acceptance letter from Angela's House a Transition Home; that's willing to accept Ms. Dale upon her release provided space is available.

    Ms. Dale is respectfully asking this Honorable Court to have mercy on her and **GRANT** her Motion to Amend Compassionate Release pursuant to 3582(c)(1)(A)(i), (c)(2) and U.S.S.G 1B1.10. The Defendant prays that this Honorable Court will deem what will be appropriate.

Respectfully Submitted

*Veronica Dale*
Veronica Dale
#13381-002
Federal Prison Camp Bryan
PO Box 2149
Bryan, Texas 77805

Date: March 26, 2024



PAROLE COPY

6725 Reed Rd.
Houston, TX 77087
(281)445-9696
www.angelahouse.org

**Our Mission:**

*To successfully transition women into society after incarceration.*

BOARD MEMBERS

STEPHEN LOFTIN
*CHAIR*

SHARON KARAM
*SECRETARY*

GREG SCHOCKLING
*TREASURER*

IKE ALLEN

SUSAN BROWN

PHYLLISS CHAPPELL MD.

MAUREEN GRAF

BEAU KALEEL

MICK KLEIN

CLAIRE MATHEWS

SUZANNE MCANDREW

MAUREEN O'CONNELL,OP

TERI PETERSON

ELDA SMITH

VALENCIA LEWIS
*EXECUTIVE DIRECTOR*

March 19, 2024

Veronica Denise Date
#13381-002
Federal Prison Camp - Bryan
P.O. Box 2149
Bryan, Texas 77805

Dear Veronica,

After reviewing your completed Resident Application that we received, it is my pleasure to inform you that if we have space available, you will be accepted to Angela House.

When you are released, an Angela House staff member will pick you up at the Greyhound Bus Station and bring you to Angela House. Please call us at 281-445-9696 to let us know you are ready to be picked up.

Keep up the good work and stay focused on your recovery. You remain in my prayers.

Sincerely,

Valencia Lewis
Valencia Lewis
Executive Director