IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:11cr69-MHT
                            )            (WO)
VERONICA DENISE DALE        )
```

ORDER

This case is before the court on defendant Veronica Denise Dale's motion for leave to supplement her motion for compassionate release, and her motion for a status update as to her motion for compassionate release. Dale filed a compassionate release motion in her other case in this court, 2:10cr242, but she has not filed a motion for compassionate release in this case, 2:11cr69.  Because there is no compassionate release motion in this case, the motion to supplement cannot be granted.  (Dale also filed a motion for leave to supplement and a motion for status in her other case, and the motions will be addressed separately there.)

Accordingly, it is ORDERED that:

    (1) Defendant Veronica Denise Dale's motion for status update (Doc. 262) is granted as set forth above.

    (2) Defendant Dale's motion for leave to supplement (Doc. 261) is denied.

    DONE, this the 20th day of November, 2025.

                                /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE